IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 17-09-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER DISMISSING FORFEITURE ALLEGATION |
| WILLIAM KENT ROSS, | |
| Defendant. | |

Based upon the United States' unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED, the forfeiture allegation is dismissed.

Dated this 25th day of October, 2017.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE

1